IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRI-STATE ARMATURE
& ELECTRICAL WORKS, INC.                                           PLAINTIFF

v.                        No. 3:16-cv-134-DPM

TIMOTHY B. HOUSTON;  ELECTRO DESIGN
ENGINEERING, INC.;  and CELETA STRIPLING          DEFENDANTS

ORDER

Defense counsel sent the attached emails to chambers today. If Tri-State hasn't served the disputed subpoenas yet, then it should not do so until the Court resolves the parties' dispute. Simultaneous five-page briefs with attachments due by 5:00 p.m. tomorrow, 1 March 2017. The Court encourages counsel to do two things: cooperate more; and follow the Court's Scheduling Order, № 15 at 3, about how to bring discovery disputes to the Court.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 February 2017



**3:16-cv-00134-DPM Tri-State Armature and Electrical Works Inc. v. Houston et al.**

Jeff Puryear  to: dpmchambers@ared.uscourts.gov                02/28/2017 11:15 AM

Cc: "Dorrie_Goodwin@ared.uscourts.gov", "Jim Simpson (jsimpson@allensummers.com)", "Shawn Lillie (slillie@laborlaw.biz)", "Mike Mullally

From: Jeff Puryear <jpuryear@wpmfirm.com>
To: "dpmchambers@ared.uscourts.gov" <dpmchambers@ared.uscourts.gov>
Cc: "Dorrie_Goodwin@ared.uscourts.gov" <Dorrie_Goodwin@ared.uscourts.gov>, "Jim Simpson (jsimpson@allensummers.com)" <jsimpson@allensummers.com>, "Shawn Lillie (slillie@laborlaw.biz)" <slillie@laborlaw.biz>, "Mike Mullally (mmullally@snellgrovefirm.com)"

1 attachment



12P1251-ltr to Judge Marshall, 2.28.17.PDF


Judge Marshall:

Please see the attached correspondence. Thank you very much for the Court's time.

Jeff Puryear

## Jeffrey W. Puryear, Esq.



301 West Washington | Jonesboro, AR 72401
PO Box 3077 | Jonesboro, AR 72403
O: 870.932.0900 | D: 870.336.6451
jpuryear@wpmfirm.com

CONFIDENTIALITY NOTICE: This message and any attachment may constitute a confidential attorney-client communication and, therefore, be privileged or otherwise protected by applicable law. It is intended exclusively for the individual or entity to which it is addressed. If you are not the intended recipient of this message, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.



**WOMACK PHELPS PURYEAR MAYFIELD & McNEIL, P.A.**

TOM D. WOMACK
JOHN V. PHELPS *
JEFFREY W. PURYEAR
MARK MAYFIELD
ROGER MCNEIL
RYAN M. WILSON *
WALTER J. DUNN †**
CHUCK GSCHWEND
B. WADE BOWEN ‡
ARIEL J. SNYDER

*LICENSED IN AR AND TN
† OF COUNSEL
** LICENSED IN AR, TN, VA, NY AND DC
‡ LLM IN TAXATION

Direct: 870.336.6451
jpuryear@wpmfirm.com

February 28, 2017

**Sent Via Email**
Honorable D. P. Marshall Jr.
dpmchambers@ared.uscourts.gov

Re: *Tri-State Armature & Electrical Works, Inc. v. Timothy B. Houston, Electro Design Engineering, Inc., and Celeta Stripling*; U.S. District Court, Eastern District of Arkansas, Jonesboro Division; No. 3:16-cv-134-DPM

Dear Judge Marshall:

We have a discovery issue as a result of broad subpoenas issued yesterday by Plaintiff's counsel to 25 of our client's customers. When we received the subpoenas yesterday, we asked counsel to withhold service of the subpoenas so we could address with them our objections to the requests; however, counsel is proceeding forward and serving customers as we speak. We are unable to resolve this issue. Our request is simply that counsel withhold service of the subpoenas to the non-party customers so we can file an appropriate motion, assert our objections and let the Court rule. Will the Court please grant our request for counsel to place on hold service of the subpoenas? Plaintiff's counsel, Jim Simpson, advised that he is out of the office this afternoon and others in his firm are attending a funeral today.

Thank you very much for the Court's time.

Sincerely,

WOMACK PHELPS
PURYEAR MAYFIELD & McNEIL

Jeffrey W. Puryear

JWP/aw
cc: via email
Ms. Dorie Goodwin
Mr. Jim Simpson
Mr. Shawn Lillie
Mr. Mike Mullally

Womack Phelps Puryear Mayfield & McNeil, P.A.
Honorable D. P. Marshall Jr.
dpmchambers@ared.uscourts.gov                -2-                February 28, 2017

Ms. Ariel Snyder



**FW: Message from KMBT_C454**

Michael Mullally    to: dpmchambers@ared.uscourts.gov    02/28/2017 11:37 AM

Cc: "Dorrie_Goodwin@ared.uscourts.gov", "Jim Simpson (jsimpson@allensummers.com)", "Shawn Lillie (slillie@laborlaw.biz)", Jeff Puryear    , "asnyder@wpmfirm.com"

From: Michael Mullally <MMullally@snellgrovefirm.com>
To: "dpmchambers@ared.uscourts.gov" <dpmchambers@ared.uscourts.gov>
Cc: "Dorrie_Goodwin@ared.uscourts.gov" <Dorrie_Goodwin@ared.uscourts.gov>, "Jim Simpson (jsimpson@allensummers.com)" <jsimpson@allensummers.com>, "Shawn Lillie (slillie@laborlaw.biz)" <slillie@laborlaw.biz>, Jeff Puryear <jpuryear@wpmfirm.com>,

1 attachment

SKMBT_C45417022812460.pdf

Judge Marshall,

Please see attached letter.

Mike Mullally

## Snellgrove, Langley, Culpepper, Williams & Mullally
Attorneys at Law

Frank Snellgrove (1921-2008)
Stanley R. Langley (1940-2011)
Malcolm Culpepper
Todd Williams
Michael E. Mullally
Matt Modelevsky
J. Chad Owens
Abram Skarda

111 E. Huntington - P.O. Box 1346
Jonesboro, AR 72403-1346

Telephone
(870) 932-8357
Facsimile
(870) 932-5488

E-Mail:
mmullally@snellgrovefirm.com

February 28, 2017

**VIA E-MAIL**

Honorable D. P. Marshall, Jr.

RE: TRI-STATE ARMATURE & ELECTRICAL WORKS, INC. vs. TIMOTHY B. HOUSTON, ELECTRO DESIGN ENGINEERING, INC., and CELETA STRIPLING - U.S.D.C., E.D. OF ARKANSAS, JONESBORO DIVISION, NO. 3:16CV-134-DPM

Dear Judge Marshall:

I join in Jeff Puryear's request that the Court place on hold the service of the Subpoenas.

Yours very truly,

Michael E. Mullally

MEM:tr

cc: Ms. Dorie Goodwin
    Mr. Jim Simpson
    Mr. Shawn Lillie
    Ms. Ariel Snyder