IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRI-STATE ARMATURE
& ELECTRICAL WORKS, INC.                                         PLAINTIFF

v.                              No. 3:16-cv-134-DPM

TIMOTHY B. HOUSTON; ELECTRO DESIGN
ENGINEERING, INC.; and CELETA STRIPLING           DEFENDANTS

ORDER

1. The Court held a status conference and ruled on various discovery issues from the bench. Those rulings are in the transcript, which the parties may order or not, as they choose. Joint reports, № 22 & 28, addressed. Simultaneous supplemental production, as approved on the record, due by 8 May 2017.

2. The motion to amend, № 31, is granted in part and denied in part. New defamation claims against new defendants would further complicate an already tangled dispute. All other proposed amendments approved. Clean copy of the amended complaint, reflecting the Court's limitation, due by 14 April 2017.

3. An Amended Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 April 2017