IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


TRI-STATE ARMATURE
& ELECTRICAL WORKS, INC.                                         PLAINTIFF

v.                          No. 3:16-cv-134-DPM

TIMOTHY B. HOUSTON;  ELECTRO DESIGN
ENGINEERING, INC.;  and CELETA STRIPLING        DEFENDANTS


### ORDER

Tri-State's report of discovery dispute, № 49, noted.  The Court directs

Tri-State to review the Scheduling Order about discovery disputes, № 15 at 3.

Absent an emergency, these disputes should come to the Court in a joint

report, giving each side's position and attaching all material documents.  This

process avoids the delays inherent in adversarial briefing, promotes

cooperation, narrows disagreements to what's truly disputed, and provides

the Court everything it needs in one bite.

Rather than ordering a do-over, though, to move things forward the

Court directs EDE, Stripling, and Houston to respond to № 49 in a joint paper

by 17 May 2017, guided by the limitations in the Scheduling Order.  After

receiving that response, the Court will decide if a hearing is necessary.

Counsel should also inform chambers if they're available for a 10:30 a.m. hearing in Jonesboro on 24 May 2017, if one is needed. Motion, № *50*, granted.

So Ordered.

D.P. Marshall Jr.
United States District Judge

11 May 2017