# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TRI-STATE ARMATURE
& ELECTRICAL WORKS, INC.                                    PLAINTIFF

v.                      No. 3:16-cv-134-DPM

TIMOTHY B. HOUSTON;
ELECTRO DESIGN ENGINEERING,
INC.; and CELETA STRIPLING                                  DEFENDANTS

## ORDER

With the help of Magistrate Judge Volpe, the parties have settled. № 82. Congratulations. The Second Amended Final Scheduling Order, № 58, is suspended. The Court looks forward to receiving the stipulation of dismissal of all claims against all parties by 10 October 2017.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 September 2017