IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRI-STATE ARMATURE
& ELECTRICAL WORKS, INC.                               PLAINTIFF

v.                      No. 3:16-cv-134-DPM

TIMOTHY B. HOUSTON;
ELECTRO DESIGN ENGINEERING,
INC.; and CELETA STRIPLING                             DEFENDANTS

# ORDER

The Court notes the parties' stipulation of dismissal, № 87. All claims are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 October 2017