IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRI-STATE ARMATURE
& ELECTRICAL WORKS, INC.                                   PLAINTIFF

v.                            No. 3:16-cv-134-DPM

TIMOTHY B. HOUSTON;
ELECTRO DESIGN ENGINEERING,
INC.; and CELETA STRIPLING                                DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 October 2017